# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN DORSEY,** | : | Civil Action |
| | : | |
| **Plaintiff** | : | No. 2:20-cv-00863-GEKP |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSBURY SCHOOL DISTRICT, et al.** | : | |
| | : | |
| **Defendants.** | : | Hon. Gene E.K. Pratter |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please take notice that I, Justin D. Barbetta, respectfully withdraw my appearance as counsel for Defendants, Pennsbury School District, William Gretzula, T.R. Kannan, Christine Toy-Dragoni, Debra Wachspress and Joshua Waldorf, in the above-captioned case. All other counsel remain as attorney of record for the Defendants.

Date: March 19, 2021     By:     */s/ Justin D. Barbetta*
                                  Justin D. Barbetta, Esquire – PA 318221

                                  Counsel for Defendants,
                                  Pennsbury School District, William
                                  Gretzula, T.R. Kannan, Christine Toy-
                                  Dragoni, Debra Wachspress and Joshua
                                  Waldorf

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN DORSEY,** | : | Civil Action |
| **Plaintiff** | : | No. 2:20-cv-00863-GEKP |
| v. | : | |
| **PENNSBURY SCHOOL DISTRICT, et al.** | : | |
| **Defendants.** | : | Hon. Gene E.K. Pratter |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal of Appearance is available and was served electronically through the court's online filing system on counsel of record.

Date: March 19, 2021    By:    */s/ Justin D. Barbetta*
Justin D. Barbetta, Esquire – PA 318221

Counsel for Defendants,
Pennsbury School District, William Gretzula, T.R. Kannan, Christine Toy-Dragoni, Debra Wachspress and Joshua Waldorf