IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN DORSEY, | : | CIVIL ACTION |
|     *Plaintiff* | : | |
| v. | : | |
| | : | |
| PENNSBURY SCHOOL | : | |
| DISTRICT et al., | : | No. 20-863 |
|     *Defendant* | : | |

**ORDER**

AND NOW, this 24th day of September, 2021, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 5) and Plaintiff's Response in Opposition (Doc. No. 7), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Partial Motion to Dismiss (Doc. No. 5) is **GRANTED WITHOUT PREJUDICE.**

2. Plaintiff is **GRANTED** leave to file an amended complaint within 60 days of entry of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1