IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN DORSEY, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| PENNSBURY SCHOOL | : | |
| DISTRICT et al., | : | No. 20-863 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 25th day of March, 2022, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 15), Plaintiff's Response in Opposition (Doc. No. 16), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Partial Motion to Dismiss (Doc. No. 15) is **GRANTED** as follows:

1. The portion of Count III relating to the § 1983 claim against Defendant Pennsbury School District is **DISMISSED WITHOUT PREJUDICE**;

2. Counts I, II, and III against Defendant T.R. Kannan are **DISMISSED WITHOUT PREJUDICE**;

3. The portions of Count III relating to the § 1983 equal protection claims against Ms. Toy-Dragoni and Mr. Waldorf are **DISMISSED WITHOUT PREJUDICE**; and

4. Plaintiff is **GRANTED** leave to file an amended complaint within 30 days of entry of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1